**ORDERED ACCORDINGLY.**

Dated: December 12, 2009

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27010/0858790272

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rolando M. Tabora and Justice V. Tabora<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>   vs.<br>Rolando M. Tabora and Justice V. Tabora, Debtors, David M. Reaves, Trustee.<br><br>        Respondents. | No. 2:09-bk-25278-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 28, 1987 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Rolando M. Tabora and Justice V. Tabora have an interest in, further described as:

> UNIT B, LOT THIRTY-SIX (36), CASITAS TEMPE, ACCDRDING TO THE PLAT OF RECDRD IN THE OFFICE OF THE MARICOPA COUNTY RECORDER IN BOOK 139 OF MAPS, PAGE 37, AMENDED IN BOOK 142 OP MAPS, PAGE 7, AND IN BOOK 190 OF MAPS, PAGE 8.
>
> TOGETHER WITH PARKING PARCEL APPURTENANT THERETO, AS SHOWN ON THE PLAT IN BOOK 141 OF MAPS, PAGE 37, AMENDED IN BOOK 142 OF MAPS, PAGE 7

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT